| *Attorney or Party without Attorney:*<br>DAVID R. SUGDEN, ESQ., Bar #218465<br>CALL & JENSEN<br>610 NEWPORT CENTER DRIVE<br>SUITE 700<br>NEWPORT BEACH, CA 92660<br>*Telephone No:* (949) 717-3000<br><br>*Attorney for:* Plaintiff | | | | *For Court Use Only* |
|---|---|---|---|---|
| | | *Ref. No. or File No.:* | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court For The Southern District Of California | | | | |
| *Plaintiff:* CHEVRON INTELLECTUAL PROPERTY LLC<br>*Defendant:* ALBORZ PETROLEUM, INC. | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>11CV0889 IEG CAB |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK.

3. a. *Party served:* ALBORZ PETROLEUM, INC., a California corporation
   b. *Person served:* Shahin Edalatdju, Agent authorized to accept service of process

4. *Address where the party was served:* 2310 Roll Drive
   SAN DIEGO, CA 92154

5. *I served the party:*
   b. **by substituted service.** On: Tue., May. 03, 2011 at: 12:40PM by leaving the copies with or in the presence of:
   Rosemary Ramon, Authorized to accept service of process
   (1) **(Business)** Authorized to Accept. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. *Person Who Served Papers:*
   a. K. WYSONG

   First Legal
   1111 6th Avenue, Ste. 204
   San Diego, CA 92101
   Telephone  (619) 231-9111
   Fax  (619) 231-1361
   www.firstlegalnetwork.com

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:* $48.00
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) *Registration No.:* 879
      (iii) *County:* San Diego

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Mon, May. 09, 2011

   (K. WYSONG)
   9322169;gg.davsu.363725

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS & COMPLAINT

| Attorney or Party without Attorney: <br> DAVID R. SUGDEN, ESQ., Bar #218465 <br> CALL & JENSEN <br> 610 NEWPORT CENTER DRIVE <br> SUITE 700 <br> NEWPORT BEACH, CA 92660 <br> Telephone No: (949) 717-3000   FAX No: <br> <br> Attorney for: Plaintiff | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court For The Southern District Of California | | | | |
| Plaintiff: CHEVRON INTELLECTUAL PROPERTY LLC <br> Defendant: ALBORZ PETROLEUM, INC. | | | | |
| **PROOF OF SERVICE** <br> **By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 11CV0889 IEG CAB |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:           Wed., May. 04, 2011
   b. Place of Mailing:          SANTA ANA, CA 92701
   c. Addressed as follows:      ALBORZ PETROLEUM, INC., a California corporation
                                 2310 Roll Drive
                                 SAN DIEGO, CA 92154

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Wed., May. 04, 2011 in the ordinary course of business.

5. Person Serving:
   a. CRISTIAN LOPEZ
   b. FIRST LEGAL SUPPORT SERVICES
      301 CIVIC CENTER DRIVE WEST
      SANTA ANA, CA 92701
   c. (714) 541-1110

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee* for Service was:   $48.00
   e. I am: (3) registered California process server
      (i)   Owner
      (ii)  Registration No.:   2549
      (iii) County:             Orange

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Mon, May. 09, 2011

   (CRISTIAN LOPEZ)
   9322169;gg.davsu.363725

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
By Mail

| Attorney or Party without Attorney:<br>DAVID R. SUGDEN, ESQ., Bar #218465<br>CALL & JENSEN<br>610 NEWPORT CENTER DRIVE<br>SUITE 700<br>NEWPORT BEACH, CA 92660<br>Telephone No: (949) 717-3000   FAX No: | | | | | For Court Use Only |
|---|---|---|---|---|---|
| Attorney for: Plaintiff | | Ref. No or File No.: | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court For The Southern District Of California | | | | | |
| Plaintiff: CHEVRON INTELLECTUAL PROPERTY LLC<br>Defendant: ALBORZ PETROLEUM, INC. | | | | | |
| **PROOF OF SERVICE**<br>**By Mail** | Hearing Date: | Time: | Dept/Div: | | Case Number:<br>11CV0889 IEG CAB |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:         Wed., May. 04, 2011
   b. Place of Mailing:        SANTA ANA, CA 92701
   c. Addressed as follows:    ALBORZ PETROLEUM, INC., a California corporation
                               2310 Roll Drive
                               SAN DIEGO, CA 92154

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Wed., May. 04, 2011 in the ordinary course of business.

5. Person Serving:                                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. CRISTIAN LOPEZ                              d. *The Fee for Service was:*  $48.00
   b. FIRST LEGAL SUPPORT SERVICES                e. I am: (3) registered California process server
      301 CIVIC CENTER DRIVE WEST                      *(i)* Owner
      SANTA ANA, CA 92701                              *(ii) Registration No.:*  2549
   c. (714) 541-1110                                   *(iii) County:*  Orange

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Mon, May. 09, 2011

                                                                                (CRISTIAN LOPEZ)
                                                                                9322169;gg.davsu.363725

Judicial Council Form                    **PROOF OF SERVICE**
Rule 2.150.(a)&(b) Rev January 1, 2007        **By Mail**